**Dismissed and Opinion Filed May 13, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00430-CV

### IN RE MICHAEL DWAYNE WILLIAMS, Relator

**Original Proceeding from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA8359627**

# MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Nowell

In this original proceeding, relator seeks a writ of mandamus directing the trial court to rule on relator's article 11.072 application for writ of habeas corpus. On May 2, 2019, the trial court signed a written order denying relator's article 11.072 writ application. The issues presented in this proceeding are, therefore, moot. *See In re Williams*, No. 05-12-00485-CV, 2012 WL 1595080, at *1 (Tex. App.—Dallas May 7, 2012, orig. proceeding) (mem. op.). Accordingly, we dismiss relator's petition for writ of mandamus as moot.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

190430F.P05